**Civil Action No.** 19-cv-00734-GPC-LL                Date Issued: _____4/22/19_____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* ___STEVE CHARLES GOLDSTIEN___

was received by me on *(date)* ___APRIL 24, 2019___ .

    ☐ I personally served the summons on the individual at *(place)* _2055 ROCKHOFF ROAD, ESCONDIDO,_ _CA, 2026_____ on *(date)* ___MAY 9, 2019___ ; or

    ☐ I left the summons at the individual's residence or place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of the individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify)*:

My fees are $ ___73.00___ for travel and $ ___45.00___ for services, for a total of $ ___118.00___ .

I declare under penalty of perjury that this information is true.

Date: ___MAY 9, 2019___                _____
                                                          *Server's Signature*

                                             ___RACHAEL DEBOLT / SD #2344___
                                                     *Printed name and title*
                                   5252 LANDIS STREET, #9, SAN DIGO, CA 92105
                                                       *Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.