FILED

SEP 2 4 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.I.C. INTERNATIONAL, INC., d.b.a. H2Odyssey, a California corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>GOOPER HERMETIC, LTD., an Israeli limited company;<br>STEVE CHARLES GOLDSTEIN, et al.,<br><br>                              Defendants. | Case No.: 3:19-cv-0734-BEN-LL<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY**<br>[Doc. 26] |

The Court has reviewed Defendant Gooper Hermetic, Ltd.'s Motion to Substitute Joshua R. Mandell of Akerman LLP for its current attorneys, Joseph A. Mandour and Ben T. Lila. The Motion is **GRANTED**. The Clerk of Court shall remove Mr. Mandour and Mr. Lila as counsel of record and terminate their receipt of e-Filings.

**IT IS SO ORDERED.**

Date: September 24, 2019

HON. ROGER T. BENITEZ
United States District Judge