# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.I.C. INTERNATIONAL, INC., d.b.a. H2Odyssey,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GOOPER HERMETIC, LTD., et al.<br><br>　　　　　　　　　　　　　Defendants. | Case No.: 19cv734-BEN-LL<br><br>**ORDER RE: TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On August 21, 2019, the Court issued a Scheduling Order in this case. ECF No. 23. In its Scheduling Order, the Court set a telephonic, attorneys-only Case Management Conference ("TCMC") for **October 1, 2019** at **9:00 a.m.** Id. at 1. Given Defendant Steven Charles Goldstein's pending request for substitution of counsel to appear *pro per* [ECF No. 29], Defendant Goldstein is **ORDERED** to appear telephonically at the TCMC. Plaintiff's counsel shall coordinate and initiate the conference call by calling chambers with all relevant participants on the line.[1]

　　**IT IS SO ORDERED.**

---

[1] 619-557-5585

Dated: September 30, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge