# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.I.C. INTERNATIONAL, INC., d.b.a. H2Odyssey, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOPER HERMETIC, LTD., an Israeli limited company;<br>STEVE CHARLES GOLDSTEIN, et al.,<br><br>Defendants. | Case No.: 3:19-cv-0734-BEN-LL<br><br>**ORDER** |

The parties jointly move to stay this matter for 30 days because they state that they are close to reaching a settlement. *See* Doc. 40. Because the Court is not persuaded that a stay of the case is necessary at this time, the motion is **DENIED**. Nonetheless, the Court finds that a continuance of the hearing date and the associated briefing deadline is warranted. Accordingly, the hearing on Plaintiff's motion to amend is continued to **January 21, 2020 at 10:30 a.m.** The reply brief deadline shall be based on the new hearing date, rather than the original notice date of December 16, 2019. *See* L.R. 7.1.e.3.

**IT IS SO ORDERED.**

Date: December 6, 2019

_____
HON. ROGER T. BENITEZ
United States District Judge