UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.I.C. INTERNATIONAL, INC., d.b.a. H2Odyssey,, <br><br> Plaintiff, <br><br> v. <br><br> GOOPER HERMETIC, LTD., et al., <br><br> Defendants. | Case No.: 19cv734-BEN-LL <br><br> **AMENDED ORDER CONFIRMING SETTLEMENT OF PLAINTIFF AND DEFENDANT GOOPER ONLY AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

In a notice of settlement dated January 14, 2020, Plaintiff P.I.C. International and Defendant Gooper Hermetic, Ltd. ("Gooper") informed the Court that a settlement has been reached. ECF No. 43 at 3. All pending dates before the Court as they pertain to Plaintiff and Defendant Gooper only are hereby vacated.

Plaintiff and Defendant Gooper are ordered to file their joint motion for dismissal, signed by counsel of record, no later than **February 13, 2020**.  A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative

1

day.

If the fully executed joint motion for dismissal is not filed by **February 13, 2020**, then counsel of record for Plaintiff and Defendant Gooper are required to appear in person for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **February 20, 2020** at **9:30 a.m.** in **Courtroom 2B**.

If counsel of record fails to appear at the Settlement Disposition Conference, or Plaintiff and Defendant Gooper fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

The Clerk shall **STRIKE** the January 14, 2020 Order [ECF No. 45].

**IT IS SO ORDERED**.

Dated: January 15, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge

---

Policies and Procedures Manual, available at www.casd.uscourts.gov.