UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.I.C. INTERNATIONAL, INC., d.b.a. H2Odyssey, a California corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GOOPER HERMETIC, LTD., an Israeli limited company;<br>STEVE CHARLES GOLDSTEIN, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:19-cv-0734-BEN-DEB<br><br>**ORDER GRANTING:**<br><br>**(1) PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE;** and<br><br>**(2) PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL**<br><br>[ECF Nos. 71, 73] |

　　　This matter is before the Court on Plaintiff's Motion for Voluntary Dismissal Without Prejudice and Plaintiff's Motion to Substitute Counsel.

　　　Plaintiff has previously settled its claims against Defendant Gooper Hermetic, Ltd. On July 6, 2020, Plaintiff filed this Motion for Voluntary Dismissal as to the remaining Defendant, Steve Charles Goldstein. A hearing was scheduled on the motion for August 17, 2020. Defendant Goldstein has not filed an opposition to Plaintiff's motion and the time for submission of an opposition has now passed. Civ. L. R. 7.1(e)(2). The Court determines this matter is appropriate for adjudication without oral argument and submits the motion. *See* Civ. L. R. 7.1(d)(1).

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms the court considers proper." A

1  dismissal without prejudice is granted unless the defendant shows it will suffer legal
2  prejudice as a result.  *Smith v. Lenches*, 263 F.3d 972, 976 (9th Cir. 2001).
3        Plaintiff argues dismissal without prejudice would conserve judicial resources as
4  its claims against Defendant Goldstein are also the subject of a state court action filed by
5  Defendant Goldstein.  Plaintiff further argues the ongoing state court case eliminates any
6  threat of prejudice to Defendant Goldstein that dismissal of this case might cause.  The
7  Court agrees.  Defendant Goldstein chose the state court as his forum, and his claims are
8  being litigated there.  Moreover, Defendant Goldstein has not filed any opposition to
9  Plaintiff's assertions or argued he would suffer any plain legal prejudice as a result of
10 dismissal.  *See Westlands Water Dist. v. United States*, 100 F.3d 94, 94 (9th Cir. 1996)
11 *and* Civ. L. R. 7.1(f)(3)(c).

      Reviewing the record and finding good cause has been shown, the Court **grants** Plaintiff's Motion for Voluntary Dismissal Without Prejudice.  Plaintiff's Motion to Substitute Counsel is likewise **granted**.

**IT IS SO ORDERED.**

Date: August 13, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge